FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH
MAY 01 2015
D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **VERDICT** |
| Plaintiff, | Case No. 2:14-CR-00470-RJS-BCW |
| vs. | Honorable Robert J. Shelby |
| PHILLIP KAY LYMAN; MONTE JEROME WELLS; SHANE MORRIS, MARIAN; and FRANKLIN TRENT HOLLIDAY; | Magistrate Judge Brooke C. Wells |
| Defendants. | |

We the jury, duly empaneled in the above-entitled case, unanimously find the following:

As to Count I:

| | | |
|---|---|---|
| Phillip Kay Lyman: | X Guilty | ___ Not Guilty |
| Monte Jerome Wells: | X Guilty | ___ Not Guilty |
| Shane Morris Marian: | ___ Guilty | X Not Guilty |
| Franklin Trent Holliday: | ___ Guilty | X Not Guilty |

As to Count II:

| | | |
|---|---|---|
| Phillip Kay Lyman: | X Guilty | ___ Not Guilty |
| Monte Jerome Wells: | X Guilty | ___ Not Guilty |
| Shane Morris Marian: | ___ Guilty | X Not Guilty |
| Franklin Trent Holliday: | ___ Guilty | X Not Guilty |

DATED this __1__ day of __May__ 2015.

_____
FOREPERSON OF THE JURY