12A

UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

# Report on Offender Under Supervision

Name of Offender: **Phillip Kay Lyman**  Docket Number: **2:14CR00470-001-DN**

Name of Sentencing Judicial Officer:  **Honorable David Nuffer**
 **U.S. District Judge**

Date of Original Sentence: **December 18, 2015**

Original Offense: **Conspiracy to Operate Off-Road Vehicles on Public Land Closed to Off-Road Vehicles (2 counts)**

Original Sentence: **36 Months Probation**

Type of Supervision: **Probation**   Current Supervision Began: **December 18, 2015**

## SUPERVISION SUMMARY

The defendant's term of probation is scheduled to expire December 17, 2018. At the time of sentencing, he was ordered to pay a $50.00 special assessment fee, $1000.00 fine and $96,955.61 in restitution. The special assessment fee has been satisfied; however, he still owes the $1,000.00 fine and $89,805.61 in restitution. The Financial Litigation Unit at the U.S. Attorney's Office reviewed the defendant's current economic situation and determined the $100.00 per month he has been paying, is an appropriate amount based on his finances. They prepared a Stipulation for Installment Payments and Installment Payment Order which this officer forwarded to the defendant for his signature. Contact with the defendant revealed he could not justify signing the documents, because the Court's order doesn't have an expiration date. Contact was then made with Assistant U.S. Attorney Allison Moon about the defendant not signing the documents. She advised the defendant needs to keep paying $100 per month even after his probation term ends, regardless of whether he signs the documents or not. She advised if he doesn't keep paying their office will go after his assets. This officer has informed the defendant of this. Except for the outstanding fine and restitution, all other supervision conditions have been satisfied. The defendant has maintained a stable residence, employment and contact with the probation office. The defendant's post-conviction risk assessment scores him as a low-risk to engage in further criminal activity.

It is respectfully recommended that no adverse action be taken regarding the defendant not satisfying the restitution during his term of probation. It is further recommended that his term of probation be allowed to expire on December 17, 2018, with restitution owing.

If the court desires more information or another course of action, please contact me at 801-535-2764.

I declare under penalty of perjury that the foregoing is true and correct.

*Shelley Mangum*
by Shelley Mangum
U.S. Probation Officer
November 5, 2018

Revised 12/17

PROB 12B
D/UT 06/15

Phillip Kay Lyman
2:14CR00470-001

**THE COURT:**

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

_____
Honorable David Nuffer
United States District Judge

Date: November 7, 2018