| | |
|---|---|
| **From:** | Phil |
| **To:** | Moon, Allison (USAUT) |
| **Subject:** | RE: Restitution Payment Schedule |
| **Date:** | Monday, April 16, 2018 6:58:12 PM |
| **Attachments:** | Personal Financial Stmts 12-31-17 - sentencing.pdf |

Lisa,

███████████████████████████████████████████████

Here are my financial statements for December 31, 2017. I am sorry for the delay in getting back with you.

Best,
Phil

---

**From:** Moon, Allison (USAUT) <████████████████>
**Sent:** Monday, April 02, 2018 2:01 PM
**To:** Phil <████████████████>
**Cc:** ████████████████████████; Brito, Joey (USAUT) [Contractor] <████████████████>
**Subject:** RE: Restitution Payment Schedule

Hello Phil,

I recently returned ████████████████ and am getting back up to speed on your case. Before I left, you had said that you would prepare a new financial statement for 2017 using the accounting principles you used to prepare your 2015 financial statement so that we could do a true comparison of your economic circumstances then and now. I don't believe we have received your new 2017 financial statement. In addition, you mentioned that you intended to sell some real estate to pay off your restitution debt in full. Is this still your intent, and could you please update me on your progress regarding the sale? Finally, I checked your payment history and I see that ████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████

Thank you, and I look forward to hearing from you.

Best Regards,



**Allison J.P. Moon**
**Assistant U.S. Attorney**
**Financial Litigation Unit**

111 South Main St, Ste 1800
Salt Lake City, UT 84111-2176
Direct: ████████████
████████████████

---

**From:** Moon, Allison (USAUT)
**Sent:** Tuesday, November 28, 2017 4:05 PM
**To:** 'Phil' <████████████████>
**Cc:** '████████████████████████' <████████████████████████>; Brito, Joey (USAUT)

[Contractor] <████████████>
**Subject:** RE: Restitution Payment Schedule

Phil,

Thank you for this information.  I like your suggestion of preparing a personal financial statement in the same format as the 2015 statement so that we are comparing apples to apples.  Please be sure to include all liabilities, ████████████████████████████████████████████ and the fair market value of your real estate.  As for determining FMV, an appraisal would be ideal but our office also regularly relies on comparative market analyses as a next best option.  I am glad to hear that you are planning to sell your real estate holdings in order to pay your restitution obligation.  Please advise Cordell Wilson and our office of any progress you make toward that end.  In the meantime, I will keep an eye on my email for your new financial statement.

Best Regards,



**Allison J.P. Moon**
**Assistant U.S. Attorney**
**Financial Litigation Unit**
111 South Main St, Ste 1800
Salt Lake City, UT 84111-2176
Direct: ████████████
████████████

---

**From:** Phil [mailto:████████████████]
**Sent:** Tuesday, November 28, 2017 8:07 AM
**To:** Moon, Allison (USAUT) <████████████████>
**Subject:** Re: Restitution Payment Schedule

Lisa,

Thank you for sending these documents. The two forms are very different. I understand personal financial statements and did not consider the

The problem lies in the two different forms. My personal financial statement is prepared according to generally accepted accounting principles, whereas for 2017 I was simply asked to fill out the DOJ form which I did as quickly and accurately as I was able. ████████████ ████████████████████████████████████████ And the land that I listed as a fair market value ████████████████████████████████████. I have no idea what the actual value is but I am trying to find out. Real Estate in Blanding has been very weak, but seems to be improving slightly. I suspect the tax value is probably closer to FMV.

As for the $96k, I would very much like to pay it off and put it behind me. I have contacted a realtor and told him that I would like to list all of my property. We started that process a

couple of months ago and hopefully he will have them all listed soon. ▬▬▬▬
▬▬▬▬ I am hopeful that they will generate enough to pay the BLM.

I would prefer to send you an official personal financial statement in the same format as the 2015 statement if that would be acceptable. I understand the adversarial process and would obviously prefer to avoid that. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬

I will prepare an actual personal financial statement and send to you.

Thanks,

Phil

---

**From:** Moon, Allison (USAUT) <▬▬▬▬▬▬▬▬▬▬▬▬▬▬>
**Sent:** Monday, November 27, 2017 11:02:18 AM
**To:** Phil
**Cc:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬; Brito, Joey (USAUT) [Contractor]
**Subject:** FW: Restitution Payment Schedule



This is a secure message.
Click here by 2017-12-07 13:01 EST to read your message.
After that, open the attachment.

More Info

Disclaimer: This email and its content are confidential and intended solely for the use of he addressee. Please no ify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2013 Proofpoint, Inc. All rights reserved.