**Phil & Jody Lyman**
STATEMENT OF FINANCIAL CONDITION
As of 12/31/2017



**Assets**                                                                  12/31/2017

Cash and Marketable Securities:
                                                                    $ ▇▇▇▇
Total Cash and Investments

Personal Vehicles and Machinery:

Total Personal Vehicles and Machinery

Real Estate:

Total Assets

**Liabilities**
                                                                    $ ▇▇▇▇
Total Liabilities

**Net Worth**

**Total Liabilities and Net Worth**

# Phil & Jody Lyman
**STATEMENT OF AVERAGE MONTHLY CASH FLOW**
As of 12/31/2017



Cash In:

Cash Out:

Net Cash Surplus (Deficit)

Other sources of cash