| CASE INFORMATION | |
|---|---|
| Case Name | US v. Lyman |
| Case No. | 2:14-CR-00470 DN |
| Current Principal & Interest Balance | $90,105.61 |
| Current Interest Rate | 0.000% |
| Date of Financial Statement | 10/10/17 and 12/31/17 |

| DEBTOR'S MONTHLY HOUSEHOLD INCOME | |
|---|---|
| Debtor's Occupation: | CPA and Utah State Legislator |
| Spouse's/Cohabitant's Occupation: | N/A |
| Family Size | 2 |
| County of Residence | San Juan |
| Gross Monthly Income | |
| Estimated Annual Legislative Income | $12,285.00 |
| Total Monthly Income (B14 + B15÷12) | |

| DEBTOR'S MONTHLY HOUSEHOLD EXPENSES | | | | | | | | | | IRS COLLECTION STANDARDS | EXPENSES IN EXCESS OF NATIONAL STANDARD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Food/Household Expense: | | Food | | Clothing/Misc. | | | | | | Food/Household Expense: $1,202.00 | Food/Household Expense: |
| Rent/Mortgage/Utilities: | | Rent/Mortgage | | Electric | | Natural Gas | Internet | Telephone | Water | Cell Phone | Other Utilities | Rent/Mortgage/Utilities: $1,442.00 | Rent/Mortgage/Utilities: |
| Transportation Expenses: | | Car Payment | | Gasoline | | Car Insurance | Public Trans. | | | | Vehicle Expense: $1,430.00 | Vehicle Expense: |
| Healthcare: | | | | | | | | | | Healthcare: $104.00 | Healthcare: |
| Other Expenses: | | | | | | | | | | There is no "Other Expenses" category in the National Standards. | Other Expenses: |

| TOTALS AND COMPARISONS | | REVIEWER'S NOTES AND COMMENTS |
|---|---|---|
| Debtor's Total Monthly Expenses: | | |
| National Standard Total: | $4,178.00 | |
| Debtor's Expenses in Excess of National Standard: | | |
| Debtor's Remaining Income After Expenses: | | |
| Recommended Monthly Payment: | $500.00 | |

| SPREADSHEET KEY |
|---|
| Enter Debtor's Info from Financial Statement |
| Enter National Standard Info |
| Cells Containing Formulas |
| Recommended Monthly Payment |