# Exhibit A

| | |
|---|---|
| **From:** | Moon, Allison (USAUT) |
| **To:** | phil@lymancpa.com |
| **Subject:** | Request for Tax Returns per Court Order |
| **Date:** | Tuesday, July 07, 2020 6:31:00 PM |
| **Attachments:** | 286 - Order Denying Motion to Amend Payment Schedule.pdf |

Hello Mr. Lyman,

As you may recall, last October the U.S. District Court ordered you to provide your returns from tax years 2017, 2018, and 2019 to the Court and the U.S. Attorney's Office no later than May 1, 2020 (order attached). As I'm sure you know, the IRS extended the filing and payment deadline to July 15, 2020, due to the COVID-19 pandemic. I therefore request that you provide your returns to the Court and to this office no later than August 1, 2020. If you request an extension, please provide proof that you requested and received an extension. Thank you.

Best Regards,



**Allison J.P. Moon**
**Assistant U.S. Attorney**
**Financial Litigation Unit**
**& Bankruptcy**

111 South Main St, Ste 1800
Salt Lake City, UT 84111-2176

Direct: (801) 325-3319

allison.moon@usdoj.gov