IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP KAY LYMAN,<br><br>Defendant. | **ORDER TAKING UNDER ADVISEMENT MOTION FOR ORDER TO SHOW CAUSE,**<br>**AND**<br>**SETTING BRIEFING SCHEDULING AND EVIDENTIARY HEARING ON MOTION FOR ORDER TO SHOW CAUSE**<br><br>Case No. 2:14-cr-00470-DN-1<br><br>District Judge David Nuffer |

Based on the government's Motion for Order to Show Cause ("Motion"),[1] and good cause appearing,

IT IS HEREBY ORDERED that the government's Motion[2] is taken under advisement. Defendant's response to the government's Motion must be filed by no later than Friday September 11, 2020. The government may file a reply by no later than Wednesday September 16, 2020. An evidentiary hearing is set on the government's Motion for Friday September 18, 2020, at 1:30 PM. The evidentiary hearing will be held via Zoom. Instructions for attending the evidentiary hearing will be emailed to the parties.

Signed September 1, 2020.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Docket no. 287, filed Aug. 25, 2020.

[2] *Id*.