IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE TO PARTIES** |
| Plaintiff, | Case No. 2:14-cr-00470-DN |
| v. | District Judge David Nuffer |
| PHILLIP KAY LYMAN, | |
| Defendant. | |

The Court has received and reviewed the materials referred to by the United States in its

Motion to Continue Reply Deadline and Evidentiary Hearing on the United States' Motion for

Order to Show Cause ("Motion to Continue").[1] Three of the pages from those materials are

attached to this Notice. They were referenced in the Motion to Continue:

a. A three-line letter addressed to the Office of the U.S. Attorney
b. A full one-page letter addressed to David Nuffer
c. A one page form that appears to be a confirmation of filing of an extension. It is
attached in redacted form.

There are also:

a. Two pages of Mr. Lyman's joint 2018 tax return with a Schedule 1.
b. Two pages of Mr. Lyman's joint 2017 tax return.

The purpose of this notice to make a record of what is in the Court's possession.

Signed September 17, 2020.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Docket no. 291, filed Sept. 16, 2020.

Office of the US Attorney

111 Main Street, Suite 1800

Salt Lake City, UT 84111-2176

RECEIVED

2020 AUG 32 PM 2: 22
2020 SEP -1 PM 2: 23
U.S. ATTORNEY'S OFFICE
U.S. ATTORNEY'S OFFICE
DISTRICT OF UTAH

COPY

The enclosed tax returns are being submitted under duress. They are confidential and I do not give permission for anyone to read them other than David Nuffer. No one is authorized to open the enclosed envelope besides David Nuffer.

Please do not docket the contents of this envelope.

— Allison Moon, AUSA

08/28/20

David Nuffer:

I have no faith in the U.S. Attorney's office of Utah. Allison J.P. Moon is an activist. She is aligned with Utah Wilderness Coalition and has served as a board member. I formally request that she be removed from any involvement in my case. To allow her to remain involved is an afront to me and to the so-called rule of law. Four Federal Judges recused themselves from my case because of their conflict of interest which they asserted, one was Robert Shelby who did so only after he presided over my trial, suppressed testimony, withheld documents to the jury, and achieved a bogus conviction.

You stated at the time of sentencing that you had not slept much because you had been reading my case. My only thought at the time was, why did you not read the case previously before you determined that the case was not worthy or a retrial after Shelby's recusal? Why did you not read the case prior to the restitution hearing? The sentencing was the final step, and while I am grateful that you read the case before sending me to jail, I wonder still if you ever actually read the case.

Did you read the ERO Resources Corp archaeology report that stated *"Archaeologists familiar with these types of sites would recognize that there is limited information potential and that this portion of the site does not contain significant archeological deposits that would require restoration and repair. There are, in fact, no significant archaeological deposits to be protected and to apply damages would be entirely spurious."*?

No, you did not read those reports, you simply went with the popular opinion of SUWA attorneys. The report from ERO was in response to the lie that the BLM told, and they told a lie to the court that they paid $95,000 for it. Of course, you went along with the lie rather than the truth. I do not blame you, but I don't excuse your complicity either. A higher judge will determine who was in the wrong during this sham of a court proceeding.

Until then,

Phil Lyman

P.S. The media reported that I had been notified three times. The letter I found in my mailbox on August 17th was the first notice I received. I had determined to send my returns but then I received a call from Ben Winslow asking how I felt about being charged with contempt. I told him I had not heard. There is not a single action against me that I have been informed of prior to being accosted by the media. Shame on your court. Shame on you.

I know the Justice system to be little more than a tool in the hands of disingenuous people like John Huber, Allison Moon, Robert Shelby, Jared Bennett, Paul Cassell, David Nuffer, SUWA attorney, Stephen Bloch and his wife and former law partner with Robert Shelby, Kara Pettit, Brent Hatch, and many other attorneys whose loyalty is not to justice, but to each other. Enjoy reading my tax returns.

Database : (All Federal) : E-File Details

## Client Information

| | |
|---|---|
| Client: LYMAN, PHIL | *BusinessPhone (435)678-2009 |
| SSN: XXX-XX-5235 | HomePhone |
| Spouse LYMAN , JODY | CellPhone |
| Spouse SSN XXX-XX-8509 | Address: |
| Filing Status: Married Filing Joint | |

### E-File Summary

| Type | Transmission Date | Acknowledgement Date | Refund | Refund Type | Status | Submission ID |
|---|---|---|---|---|---|---|
| FED - 1040 Extension | 7/13/2020 6:16:17 PM | 7/13/2020 6:18:25 PM | | Extension | Accepted | 87204620201953664187 |

FED - 1040 Extension Details...

History Details...